LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-09443-BRO (SPx) | Date | February 1, 2016 |
|---|---|---|---|
| Title | SCREEN ACTORS GUILD - AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS V. BROKEN THE MOTION PICTURE, LLC | | |

Present: The Honorable    **BEVERLY REID O'CONNELL, United States District Judge**

| Cheryl Wynn | Not Present | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE FAILURE TO OPPOSE

Pending before the Court is Screen Actors Guild-American Federation of Television and Radio Artists' ("Plaintiff") Motion to Confirm Arbitration Award against Broken The Motion Picture, LLC ("Defendant"). (Dkt. No. 1.) The hearing of this motion is set for February 1, 2016. (Dkt. No. 13.) Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9. Thus, Defendant's opposition, if any, was due no later than January 11, 2016. To date, Defendant has filed no opposition to Plaintiff's Motion. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Plaintiff's Motion. **Both (1) Defendant's response to this Order and (2) Defendant's opposition to Plaintiff's Motion, if any, shall be filed by no later than Friday, February 19, 2016, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Defendant's failure to timely oppose. Plaintiff shall *personally serve* Defendant with this Order and file a Proof of Service by Friday, February 5, 2016. *See* Fed. R. Civ. P. 4.

**IT IS SO ORDERED.**                                                                                                         :

Initials of Preparer        cw