**LINK:**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | **CV 15-09443-BRO (SPx)** | Date | February 5, 2016 |
|---|---|---|---|
| Title | **SCREEN ACTORS GUILD - AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS V. BROKEN THE MOTION PICTURE, LLC** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Cheryl Wynn | Not Present | N/A |
| Relief Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY

Pending before the Court is Screen Actors Guild-American Federation of Television and Radio Artists' ("Plaintiff") Motion to Confirm Arbitration Award against Broken The Motion Picture, LLC ("Defendant").  (Dkt. No. 1.)  On February 1, 2016, the Court issued an Order to Show Cause regarding Defendant's failure to oppose Plaintiff's Motion.  (Dkt. No. 19.)  The Court ordered Plaintiff to *personally serve* Defendant with the Order and file a Proof of Service by Friday, February 5, 2016.  (*Id.*)  On February 2, 2016, Plaintiff filed a Proof of Service, indicating that it had served Defendant with the Order to Show Cause by mail rather than personal service.  (Dkt. No. 20.)

Personal service requires delivering a copy of the document directly to the individual or entity.  *See* Fed. R. Civ. P. 4(e)(2)(A) and (h)(1); Cal. Civ. Proc. Code § 415.10.  Service by mail is not personal service.  *Compare* Fed. R. Civ. P. 4(e) and (h), *with* Fed. R. Civ. P. 4(d).  Plaintiff is **ORDERED TO SHOW CAUSE** as to why it failed to comply with the Court's Order to personally serve Defendant.  Plaintiff shall respond to this Order and *personally serve* Defendant no later than Friday, February 12, 2016, at 4:00 p.m.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | cw |